IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-CV-00861-KLM

NEIL MCGOWAN,

    Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY, a Michigan Company,

    Defendant.

---

**STIPULATED ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privilege and/or protected information before production.

| BELL & POLLOCK, P.C. | GREGORY R. GIOMETTI & ASSOCIATES, P.C. |
|---|---|
| /s/ A. Gary Bell, Jr. | /s/ Mark Honhart |
| A. Gary Bell, Jr. | Gregory R. Giometti |
| Courtney D. Sommer | Mark Honhart |
| 5660 Greenwood Plaza Blvd., Suite 220 | 50 South Steele Street, Suite 480 |
| Greenwood Village, Colorado 80111 | Denver, Colorado 80209 |
| 303-795-5900 | 303-333-1957 |
| Attorneys for Plaintiff | Attorneys for Defendant |

SO ORDERED. July 28, 2015

/s/ Kristen L. Mix

KRISTEN L. MIX
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO