IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00861-WJM-KLM

NEIL MCGOWAN,

    Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY, a Michigan Company,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion for Protective Order** [#43] and Plaintiff's **Notice of Settlement** [#44].

    IT IS HEREBY **ORDERED** that the Motion [#43] is **DENIED** as moot.

    IT IS FURTHER **ORDERED** that the parties shall file dismissal papers no later than **April 8, 2016**.

    Dated:  March 2, 2016